ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 7:06 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00116-CV

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 7:06:26 PM
CHRISTOPHER A. PRINE
Clerk

KEN PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF TEXAS, AND
THE OFFICE OF THE ATTORNEY GENERAL,

*Appellants,*

v.

DELIA GARZA, IN HER OFFICIAL CAPACITY AS TRAVIS COUNTY ATTORNEY; JOSÉ P. GARZA, IN HIS OFFICIAL CAPACITY AS TRAVIS COUNTY DISTRICT ATTORNEY; TRAVIS COUNTY; BRIAN M. MIDDLETON, IN HIS OFFICIAL CAPACITY AS FORT BEND COUNTY DISTRICT ATTORNEY (268TH JUDICIAL DISTRICT); HARRIS COUNTY DISTRICT ATTORNEY SEAN TEARE; HARRIS COUNTY; EL PASO COUNTY DISTRICT ATTORNEY JAMES MONTOYA; EL PASO COUNTY ATTORNEY CHRISTINA SANCHEZ; EL PASO COUNTY; DALLAS COUNTY CRIMINAL DISTRICT ATTORNEY JOHN CREUZOT; DALLAS COUNTY; BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY JOE GONZALES; BEXAR COUNTY; AND SHAWN W. DICK, IN HIS OFFICIAL CAPACITY AS WILLIAMSON COUNTY DISTRICT ATTORNEY (26TH JUDICIAL DISTRICT),

*Appellees.*

## APPELLEES' AMENDED BENCH EXHIBITS

Bradley W. Snead
State Bar No. 24032706
snead@wrightclosebarger.com
Michael Adams-Hurta
State Bar No. 24097860
hurta@wrightclosebarger.com
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Tel.: (713) 572-4321
Fax: (713) 572-4320

# TABLE OF CONTENTS

| TAB | DESCRIPTION |
| --- | --- |
| A | TEX. GOV. CODE § 41.006 |
| B | The Law in 1879 vs. the Law Today: Constitution & Statutes on Attorney General Reporting to the Governor |
| C | Other Prosecutor-Reporting Statutes<br>TEX. GOV. CODE §§ 402.0352, 402.102 |
| D | Enrolled S.B. 12, Signed September 19, 2025 & Effective December 4, 2025 (TEX. GOV. CODE § 402.152(b)) |

Respectfully submitted,

*/s/ Bradley W. Snead*

Bradley W. Snead
State Bar No. 24032706
snead@wrightclosebarger.com
Michael Adams-Hurta
State Bar No. 24097860
hurta@wrightclosebarger.com
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
Tel.: (713) 572-4321
Fax: (713) 572-4320

*Counsel for Appellees District Attorney Sean Teare and Harris County*

# BENCH EXHIBIT A:

# TEX. GOV'T CODE § 41.006

Title 2. Judicial Branch
Subtitle C. **Prosecuting Attorneys**
Chapter 41. General Provisions

Sec. 41.006 REPORT TO ATTORNEY GENERAL. **At the times and in the form that the attorney general directs**, the district and county attorneys shall report to the attorney general **the information** from their districts and counties that the attorney general desires relating to criminal matters and the interests of the state.

# BENCH EXHIBIT B:

## THE LAW IN <u>1879</u> VS. THE LAW <u>TODAY</u>:

## CONSTITUTION & STATUTES ON ATTORNEY GENERAL REPORTING TO THE GOVERNOR

TEXAS CONSTITUTION

Article 4. Executive Department

Sec. 24. ACCOUNTS AND REPORTS OF EXECUTIVE OFFICERS TO GOVERNOR; PERJURY FOR FALSE REPORT. … **The Governor may**, at any time, **require information in writing** from any and all of said officers or managers, upon any subject relating to the duties, condition, management, and expenses of their respective offices and institutions ….

1879 CODE OF CRIMINAL PROCEDURE

## I.　　The Attorney-General

Art. 29. He shall report to the governor on the first Monday of December, annually, and at such other times as **the governor may require**, [1] the number of indictments which have been found by grand juries in this state for the preceding year; [2] the number of informations filed in this state for the preceding year; [3] the offenses charged in such indictments or information; [4] the number of arraignments, convictions and acquittals for each offense; [5] the number of indictments and informations which have been disposed of without the intervention of a petit jury, with the cause and manner of such disposition; and [6] also a summary of the judgments rendered on conviction, specifying the offense, the nature and amount of penalties imposed, and the amount of fines collected.

Art. 30. **He may require the several district and county attorneys**, clerks of the district and county courts in the state, **to communicate to him at such times as he may designate**, and in **such forms as he may prescribe**, **all the information necessary for his compliance with the requirements of the preceding article**.

## II.　　District and County Attorneys

Art. 40. District and county attorneys shall, when required by the attorney-general, report to him at such times, and in accordance with **such form as he may direct**, **such information** as he may desire in relation to criminal matters and the interests of the state, in their districts and counties.

<u>**The Law Today**</u>

<u>**Texas Constitution**</u>

Article 4. Executive Department
Sec. 24. ACCOUNTS AND REPORTS OF EXECUTIVE OFFICERS TO GOVERNOR; PERJURY FOR FALSE REPORT. … The Governor may, at any time, require information in writing from any and all of said officers or managers, upon any subject relating to the duties, condition, management, and expenses of their respective offices and institutions ….

<u>**Texas Government Code**</u>

Title 4. Executive Branch
Subtitle A. Executive Officers
Chapter 402. **Attorney General**

Sec. 402.003 REPORT. The attorney general shall report to the governor on the first Monday of December of each even-numbered year.  The report must include the following information for the preceding two years:
   (1) a summary of the cases in which the state was a party that were acted on by the supreme court and court of criminal appeals;  and
   (2) a summary of civil cases in which the state was a party that were prosecuted or defended by the attorney general in other state or federal courts.

[Article 30 Repealed in 1925]

Title 2. Judicial Branch
Subtitle C. **Prosecuting Attorneys**
Chapter 41. General Provisions

Sec. 41.006 REPORT TO ATTORNEY GENERAL. **At the times and in the form that the attorney general directs**, the district and county attorneys shall report to the attorney general **the information** from their districts and counties that the attorney general desires relating to criminal matters and the interests of the state.

# BENCH EXHIBIT C:

# EXEMPLAR REPORTING STATUTES

## TEX. GOV. CODE §§ 402.0352, 402.102

**Section 402.0352** Added by Acts 2023, 88th Leg., R.S., Ch. 765 (H.B. 4504), Sec. 1.001, eff. January 1, 2025. Amended by: Acts 2025, 89th Leg., R.S., Ch. 204 (H.B. 1620), Sec. 5.008(a), eff. September 1, 2025

**Section 402.102** Added by Acts 2025, 89th Leg., R.S., Ch. 364 (H.B. 45), Sec. 2, eff. September 1, 2025

<u>Subchapter B. Duties</u>

Sec. 402.0352 REPORTING OF HUMAN TRAFFICKING CASES. (a) This section applies only to: … (4) **the Office of Court Administration** of the Texas Judicial System; …

(b) An entity to which this section applies that investigates or collects data … that may involve human trafficking, shall submit to the attorney general **in the manner and form prescribed by the attorney general** a report containing the following **information**:

(1) the offense being investigated for which data is being collected, … ;
(2) regarding each person suspected of committing the offense: [name, gender, etc.];
(3) the date and location of the alleged offense, including the city and county;
(4) the disposition of the investigation, if any … ; and
(5) regarding the victim of the offense: [name, gender, etc.].

…

(f) In consultation with the entities described by Subsection (a), **the attorney general shall adopt rules** to administer this section…

<u>Subchapter D. Prosecution of Trafficking of Persons Offense</u>

Sec. 402.102. PROVISION OF INFORMATION TO ATTORNEY GENERAL.

(b) On request of the attorney general, **a local prosecuting attorney** or law enforcement agency shall provide all requested **information** that has not been made publicly available regarding investigations of a criminal offense described by Section 402.101 [i.e., Chapter 20A, Penal Code, "Trafficking of Persons"] to assist the attorney general in performing duties required under this subchapter. The attorney general may submit a request under this subsection only if the attorney general is representing the state in the prosecution of the criminal offense pursuant to Section 402.103(a) [i.e., no action taken in 180 days] or the local prosecuting attorney otherwise agrees to provision of the information under this subsection.

[No Rulemaking Provision]

# BENCH EXHIBIT D:

## ENROLLED S.B. 12,
## SIGNED SEP. 19, 2025 & EFFECTIVE DEC. 4, 2025

ACT OF AUG. 28, 2025, 89TH LEG., 2D C.S., CH. — , § 3, 2025 TEX. GEN. LAWS — , — (TO BE CODIFIED TEX. GOV'T CODE 402.152(B)).

AN ACT

relating to the duty of the attorney general to prosecute criminal offenses prescribed by the election laws of this state.

BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

SECTION 1.  Chapter 402, Government Code, is amended by adding  Subchapter E to read as follows:

SUBCHAPTER E.  PROSECUTION OF CRIMINAL OFFENSES PRESCRIBED BY STATE ELECTION LAWS

Sec. 402.151.  APPLICABILITY.  This subchapter applies to a criminal offense under the Election Code.

Sec. 402.152.  PROVISION OF INFORMATION TO ATTORNEY GENERAL. (a)  A law enforcement agency shall submit to the attorney general any report stating there is probable cause to believe an identified person has committed a criminal offense described by Section 402.151.

(b)  A local prosecuting attorney or law enforcement agency shall provide any information requested by the attorney general regarding investigations of criminal offenses described by Section 402.151 to assist the attorney general in performing duties required under this subchapter.

Sec. 402.153.  PROSECUTION.  Notwithstanding any other law, the attorney general has jurisdiction to prosecute  and  shall represent the state in the prosecution of a criminal offense described by Section 402.151.

SECTION 2.  Sections 273.021(a) and (b), Election Code, are amended to read as follows:

(a)  The attorney general has jurisdiction to [may] prosecute and shall represent the state in the prosecution of a criminal offense prescribed by the election laws of this state as provided by Subchapter E, Chapter 402, Government Code.

(b)  The attorney general may appear before a grand jury in connection with a criminal [an] offense the attorney general is authorized to prosecute under Subsection (a).

SECTION 3.  Section 273.022, Election Code, is amended to read as follows:

Sec. 273.022.  COOPERATION WITH LOCAL PROSECUTOR.  The attorney general may direct the county or district attorney serving the county in which the offense is to be prosecuted to prosecute a criminal [an] offense that the attorney general is authorized to prosecute under Section 273.021 or to assist the attorney general in the prosecution.

SECTION 4.  The changes in law made by this Act apply only to an offense committed on or after the effective date of this Act.  An offense committed before the effective date of this Act is governed by the law in effect on the date the offense was committed, and the former law is continued in effect for that purpose.  For purposes of this section, an offense was committed before the effective date of this Act if any element of the offense occurred before that date.

SECTION 5.  This Act takes effect on the 91st day after the last day of the legislative session.

_____     _____
President of the Senate                Speaker of the House

I hereby certify that S.B. No. 12 passed the Senate on August 19, 2025, by the following vote: Yeas 18, Nays 12.

                                    _____
                                       Secretary of the Senate

I hereby certify that S.B. No. 12 passed the House on August 26, 2025, by the following vote: Yeas 85, Nays 54, one present not voting.

                                    _____
                                       Chief Clerk of the House

Approved:

_____
            Date

_____
          Governor

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105863563
Filing Code Description: Exhibit
Filing Description: Appellees' Amended Bench Exhibits
Status as of 9/22/2025 7:26 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 9/19/2025 7:06:26 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Tiffany Bingham | 24012287 | tbingham@35711.com | 9/19/2025 7:06:26 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 9/19/2025 7:06:26 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 9/19/2025 7:06:26 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 9/19/2025 7:06:26 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Cynthia  W.Veidt | | cynthia.veidt@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Leslie  W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Jonathan  G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Tiffany  S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105863563
Filing Code Description: Exhibit
Filing Description: Appellees' Amended Bench Exhibits
Status as of 9/22/2025 7:26 AM CST

Case Contacts

| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
|---|---|---|---|---|
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 9/19/2025 7:06:26 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 9/19/2025 7:06:26 PM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 9/19/2025 7:06:26 PM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 9/19/2025 7:06:26 PM | ERROR |
| Randy T. Leavitt | | randy@randyleavitt.com | 9/19/2025 7:06:26 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 9/19/2025 7:06:26 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 9/19/2025 7:06:26 PM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 9/19/2025 7:06:26 PM | ERROR |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 9/19/2025 7:06:26 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Brad Snead
Bar No. 24049835
slocum@wrightclosebarger.com
Envelope ID: 105863563
Filing Code Description: Exhibit
Filing Description: Appellees' Amended Bench Exhibits
Status as of 9/22/2025 7:26 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Melissa Contreras | | m.contreras@epountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Michael J. Satin | | msatin@milchev.com | 9/19/2025 7:06:26 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/19/2025 7:06:26 PM | SENT |